FILED
SUPERIOR COURT
OF GUAM

2013 MAR 21 PM 4: 11

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT OF GUAM

Guardianship of
FRANCIS LESTER MOYLAN, Incompetent,
by
RICHARD E. MOYLAN, Petitioner
_____

Guardianship Over the Person of
FRANCIS LESTER MOYLAN, Incompetent,
by
LEIALOHA MOYLAN ALSTON and
FRANCIS LESTER MOYLAN, Jr., Petitioners
_____

Guardianship Over the Estate of
FRANCIS LESTER MOYLAN, Incompetent,
by
KURT MOYLAN, Petitioner
_____

Guardianship Over the Estate of
YUK LAN MOYLAN, Incompetent,
by
KURT MOYLAN, Petitioner
_____

Guardianship Over the Person of
YUK LAN MOYLAN, Incompetent,
by
LEIALOHA MOYLAN ALSTON and
FRANCIS LESTER MOYLAN, Jr., Petitioners
_____

Guardianship Over the Estate of
YUK LAN MOYLAN, Incompetent,
by
KURT MOYLAN, Petitioner
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

SP0110-07, SP0104-07, SP0105-
07, S0106-07, SP0107-07,
SP0111-07

**DECISION AND ORDER
RE: MOTION FOR
DISQUALIFICATION**

***ORIGINAL***

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III, on October 12, 2012 on Petitioner Richard Moylan's Motion to Disqualify this Court from presiding over the proceedings. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On October 8, 2012, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105-6106. On October 12, 2012, Petitioner filed his motion to disqualify this Court from presiding over the above-captioned matters. There is no opposition to the motion.

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby **GRANTED** and the matter will be put before another Court pursuant to 7 G.C.A. § 6107. *Nunc pro tunc* to January 29, 2013.

It is **SO ORDERED** this 21st day of March, 2013.

MAR 2 1 2013

_____

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

MAR 2 1 2013

Amanda D. ___riano
Deputy Clerk, Superior Court of Guam

**ORIGINAL**